UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_Jonathan Jesse Wesbery_

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_American Airlines_

**COMPLAINT**

Jury Trial: ☐ Yes  ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.  Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name _Jonathan Wesbery_
Street Address _305 Chapel Ave._
County, City _New Castle, Claymont_
State & Zip Code _Claymont, DE 19703_
Telephone Number _703-531-9286_

Rev. 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _American Airlines_
Street Address _305 Chapel Ave_
County, City _~~NE~~ Dallas_
State & Zip Code _Texas_

Defendant No. 2
Name _National Security Agency_
Street Address ____
County, City _Washington_
State & Zip Code _DC,_

Defendant No. 3
Name _Dept. of Homeland Security_
Street Address ____
County, City ____
State & Zip Code ____

Defendant No. 4
Name ____
Street Address ____
County, City ____
State & Zip Code ____

**II.    Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ◯ Federal Questions    ◯ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Invasion of Privacy 4th amendment Cyber security_

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Home, Work,_____

B. What date and approximate time did the events giving rise to your claim(s) occur? __April 2019 Maybe even earlier__

[What happened to you?]

C. Facts: __Threats to life, family, job. Invaded privacy of home by internet, phone, at work. Illegal search, seizure, access of e-mail, personal apps, websites. Monitor life at work through video, at home through personal web phone devices.__

[Who did what?]

__Threatened life, family, my job, reputation, brother, father, mother, wife, son, daughter, In-laws and their family__

[Was anyone else involved?]

__Family, friends, coworkers, other citizens, unions, other govt officials, coworkers, other civilians__

[Who else saw what happened?]

__Just me and the people monitoring me, my management at work. Employees that monitor e-mails. A previous lawyer. The lawyers that work for my employer.__

**IV.     Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.   Mental trauma, anxiety, depression, I have No thoughts of suicide

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

- To never allow this to happen to anyone again whoever does a comment on social media meant to first ask/Rhetoric of investigating and monitoring of one's and families personal life and possibly others Job protection and monetary compensation

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 19 day of _____Mar_____, 20 20.

Signature of Plaintiff _[signature]_
Mailing Address 305 Chapel Ave,
Claymont DE 19703

Telephone Number 703-531-9286
Fax Number *(if you have one)* _____
E-mail Address jonwesbury@aol.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this 19 day of _____MAR_____, 20 20, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _[signature]_
Inmate Number _____

*Pennsy for Consistency*

## **Important Privacy Notice**

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 305 Chapel Ave Claymont DE 19703

Address of Defendant: DFW, Texas Washington DC

Place of Accident, Incident or Transaction: My Home, My work place, home internet

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? — Yes [X] No [ ]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? — Yes [X] No [ ]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court? — Yes [ ] No [X]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? — Yes [X] No [ ]

I certify that, to my knowledge, the within case [X] is / [ ] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 19 MAR 20   *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

**CIVIL:** (Place a √ in one category only)

A. **Federal Question Cases:**
1. Indemnity Contract, Marine Contract, and All Other Contracts
2. FELA
3. Jones Act-Personal Injury
4. Antitrust
5. Patent
6. Labor-Management Relations
7. [X] Civil Rights
8. Habeas Corpus
9. Securities Act(s) Cases
10. Social Security Review Cases
11. All other Federal Question Cases
    *(Please specify):* _____

B. **Diversity Jurisdiction Cases:**
1. Insurance Contract and Other Contracts
2. Airplane Personal Injury
3. Assault, Defamation
4. Marine Personal Injury
5. Motor Vehicle Personal Injury
6. Other Personal Injury *(Please specify):* _____
7. Products Liability
8. Products Liability – Asbestos
9. All other Diversity Cases
   *(Please specify):* _____

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Jonathan Wesbeary, counsel of record *or* pro se plaintiff, do hereby certify:

[X] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

DATE: 19 MAR 20   *Sign here if applicable*   *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

|  |  | CIVIL ACTION |
|---|---|---|
| v. |  |  |
|  |  | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.        ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.        ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.        ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.        ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)        (X)

(f) Standard Management – Cases that do not fall into any one of the other tracks.        ( )

19 MAR 20         X [signature]         Pro-Se
Date              ~~Attorney-at-law~~      Attorney for

_____        _____        _____
Telephone           FAX Number         E-Mail Address

(Civ. 660) 10/02